IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JANE DOE #1 and JANE DOE #2,

    **Plaintiffs,**

    v.

JETBLUE AIRWAYS CORPORATION, *et al.*,

    **Defendants.**

CIVIL NO. 21-1356 (JAG)

## CASE MANAGEMENT ORDER

Pursuant to the Parties' Joint Initial Scheduling Memorandum, Docket No. 173, the Court sets the following new deadlines:

| Event | Deadline |
|---|---|
| Rule 26(a)(1) Disclosures | 6/13/2023 |
| Conclusion of Discovery | 2/1/2024 |
| Filing of Dispositive Motions | 3/1/2024 |
| Responses/Oppositions to Dispositive Motions | 4/1/2024 |
| Replies to Dispositive Motions | 4/15/2024 |
| Motions *in limine* | 7/1/2024 |
| Responses to Motions *in limine* | 7/8/2024 |
| Joint Proposed Pretrial Order | 8/5/2024 |
| Pretrial/Settlement Conference | 8/13/2024 at 1:30 pm |
| Jury Trial | 8/26/2024 at 10:00 am |

The parties must strictly comply with these deadlines. Any changes must be approved by the Court upon a finding of good cause and, preferably, as the result of a joint request. **Failure to fully comply with this Order may result in the imposition of sanctions.**

IT IS SO ORDERED.
In San Juan, Puerto Rico on May 5, 2023.

                                                             s/ Jay A. Garcia-Gregory
                                                             JAY A. GARCIA-GREGORY
                                                             United States District Judge