## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JANE DOE #1,<br>JANE DOE #2,<br><br> Plaintiff,<br><br>v.<br><br>-against-<br><br>JETBLUE AIRWAYS CORPORATION, ERIC JOHNSON, individually, and DAN WATSON, individually,<br><br>Defendants. | CIVIL NO.: 21-01356 (JAG) |

## **MOTION FOR WITHDRAWAL OF LEGAL REPRESENTATION**

**TO THE HON. JAY A. GARCÍA-GREGORY, SENIOR U.S. DISTRICT COURT JUDGE**:

COMES NOW the undersigned attorney and vey respectfully states and prays:

1. Correa Acevedo Law Offices, PSC, and the undersigned will no longer be representing Eric Johnson in the case of reference.

2. Mr. Roberto Abesada-Agüet will continue the legal representation of Eric Johnson, independently, since he ceased working at Correa Acevedo Law Offices, PSC.

3. In light of the above, we respectfully request this Honorable Court to allow the withdrawal of the legal representation of the undersigned in the case of caption.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of all the above and authorize the withdrawal of the undersigned counsel in the captioned case.

I CERTIFY that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

**RESPECTFULLY SUBMITTED**.

In Guaynabo, Puerto Rico this 16th day of June 2023.

**CORREA ACEVEDO LAW OFFICES, P.S.C.**
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R.  00968
Tel. (787) 273-8300; Fax (787) 273-8371

/s/Jailene González-Echevarría
USDC-PR No. 308506
E-Mail: jgonzalez@calopsc.com
