IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JANE DOE #1 and JANE DOE #2,<br><br>   **Plaintiffs,**<br><br>              v.<br><br>JETBLUE AIRWAYS CORPORATION, ERIC JOHNSON, individually, and DAN WATSON, individually,<br><br>   **Defendants.** | CIVIL NO. 21-1356(JAG) |

## JUDGMENT

Pursuant to Plaintiffs' and co-Defendant Eric Johnson's Stipulation for Voluntary Dismissal with Prejudice, Docket No. 195, Judgment is hereby entered **DISMISSING WITH PREJUDICE** Plaintiffs' claims without the imposition of costs or attorney's fees. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Wednesday, August 21, 2024.

                                         s/ Jay A. Garcia-Gregory
                                         JAY A. GARCIA-GREGORY
                                         U.S. DISTRICT JUDGE